# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 28, 2023

### NO. 03-22-00178-CV

**Andrew Morris, Appellant**

**v.**

**Carrie Cecilia Veilleux, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED IN PART; VACATED IN PART ON MOTION FOR REHEARING --
## OPINION BY JUSTICE BAKER

This is an appeal from the divorce decree signed by the trial court on January 3, 2022. We withdraw our opinion and judgment dated August 25, 2023, and substitute the following in its place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the decree regarding the division of property between the parties. Therefore, the Court affirms that portion of the decree. The Court further holds that there was reversible error in the portion of the decree awarding appellate attorneys' fees to appellee. Therefore, the Court vacates that portion of the trial court's decree. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.